

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. AP-76,053

**EX PARTE JASON SCOTT MAY, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 21646-A IN THE 42ND DISTRICT COURT
### FROM TAYLOR COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of forgery and sentenced to two years' imprisonment. He did not appeal his conviction.

Applicant pleaded guilty on October 26, 2006, and received 135 days of pre-sentence jail time. On January 31, 2007, he was erroneously released on mandatory supervision *in absentia* on an unrelated conviction for assault. Instead of being released, he should have been transferred to a state jail facility. Pursuant to a premature-release warrant, he was returned to Taylor County on

November 28, 2007. He was not credited with nine months and twenty-seven days he spent on release, and as a result, his discharge date was extended to April 7, 2009. He now contends that he is being illegally confined because he was not credited with this time.

Based on an affidavit submitted by the Texas Department of Criminal Justice–Classification and Records, the trial court concluded that Applicant was not being illegally confined and recommended that we deny relief. We believe that Applicant is entitled to the time he spent on release. Accordingly, the Texas Department of Criminal Justice–State Jail Division shall credit Applicant's sentence in cause number 21646-A from the 42nd Judicial District Court of Taylor County with the nine months and twenty-seven days he spent on release.

Delivered: December 10, 2008
Do Not Publish